IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TENA HIATT, et al., | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Case No.: 2:10-CV-556 |
| | * |
| MCM HOLDINGS, LLC, et al., | * |
| | * |
|     Defendants. | * |

## AMENDED ANSWER

Come now Defendants MCM Holdings, LLC and Parnell & Crum, P.A. and amend their answer to include the following defenses:

### THIRTY-NINTH DEFENSE

Plaintiff's claims are barred by the doctrines of acquiescence, ratification, and merger.

### FORTIETH DEFENSE

Plaintiff's claims may be subject to binding arbitration pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

### FORTY-FIRST DEFENSE

At all pertinent times, Defendants acted in good faith and without malice or intent to injure the Plaintiff.

### FORTY-SECOND DEFENSE

Any violation of law by Defendants, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid any such error.

**FORTY-THIRD DEFENSE**

Even if the Court should find that Defendants violated the FDCPA, which is specifically denied, any such violation was *de minimis* and is not the type of violation for which the purpose and intent of the FDCPA was proscribed.

**FORTY-FOURTH DEFENSE**

To the extent Plaintiff is entitled to any damages, which is specifically denied, Plaintiff's recovery is limited to the statutory limitations set forth in 15 U.S.C. § 1692.

**FORTY-FIFTH DEFENSE**

Plaintiff's claims would result in unjust enrichment.

**FORTY-SIXTH DEFENSE**

Plaintiff's action does not meet the prerequisites for being maintained as a class action.

**FORTY-SEVENTH DEFENSE**

The allegations contained in Plaintiff's Complaint do not meet the requirements of Rule 23(a), and Plaintiff has failed to allege facts that meet the requirements of Rule 23(b).

**FORTY-EIGHTH DEFENSE**

The questions of law and/or fact presented by Plaintiff's Complaint are not common to the members of the putative class.

**FORTY-NINTH DEFENSE**

The claims of the named Plaintiff are not typical of the claims of the putative class members.

**FIFTIETH DEFENSE**

The named Plaintiff will not and cannot fairly and adequately protect the interests of the putative class members.

**FIFTY-FIRST DEFENSE**

The named Plaintiff does not possess the appropriate interest in individually controlling the prosecution of the claims alleged in the Complaint.

**FIFTY-SECOND DEFENSE**

The action alleged by Plaintiff will be unmanageable as a class action.

**FIFTY-THIRD DEFENSE**

Plaintiff lacks standing to assert the class action claims made in the Complaint.

**FIFTY-FOURTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the failure to do equity.

**FIFTY-FIFTH DEFENSE**

Plaintiff has an adequate remedy at law.

**FIFTY-SIXTH DEFENSE**

Plaintiff has suffered no irreparable harm or injury.

/s/ W. Craig Hamilton
W. Craig Hamilton    (HAMIW1893)
chamilton@mcdowellknight.com
McDowell Knight
Roedder & Sledge, L.L.C.
RSA Battle House Tower
11 North Water Street, Suite 13290
Mobile, Alabama  36602
Phone:  (251) 432-5300
Fax:  (251) 432-5303

and

        Charles N. Parnell, III
        cparnell@parnellcrum.com
        J. Matthew Parnell
        mparnell@parnellcrum.com
        Parnell & Crum, P.A.
        641 South Lawrence Street
        Montgomery, Alabama  36102
        Phone:  (334) 328-3891

        Attorneys for Defendants MCM Holdings,
        LLC and Parnell & Crum, P.A.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of October, 2010, a copy of the above and foregoing pleading has been served upon all parties via the Court's electronic filing system and/or via United States mail, properly addressed, with first-class postage prepaid.

Earl P. Underwood, Jr., Esq.
Kenneth J. Riemer, Esq.
James Donnie Patterson, Esq.
Underwood & Riemer, PC
166 Government Street, Ste. 100
Mobile, Alabama  36602

        /s/ W. Craig Hamilton