IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TENA HIATT, *individually and on behalf of all similarly situated individuals* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:10-cv-556-TFM |
| MCM HOLDINGS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER

The parties have filed a *Joint Stipulation for Dismissal* (Doc. 23, filed 5/23/11). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties have signed the notice which permits voluntary dismissal by plaintiff without further order of the Court.  Accordingly, it is **ORDERED** that the Clerk is **DIRECTED** to close this civil action in accordance with the joint stipulation of dismissal in that the Plaintiff's individual claims are dismissed with prejudice.[1]

DONE this 23rd day of May, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Any claims pertaining to similarly situated individuals would be dismissed without prejudice, but it should not be inferred as a class existed as the Court did not reach the issue of class certification.